IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE INCLUSIVE COMMUNITIES PROJECT, INC., | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:18-CV-01898-L** |
| HEARTLAND COMMUNITY ASSOCIATION, INC., | § § § § | |
| Defendant. | § § | |

## JUDGMENT

This court issues this judgment pursuant to its Memorandum Opinion and Order (Doc. 18), filed August 7, 2019. Accordingly, it is hereby **ordered, adjudged, and decreed** that this action filed by The Inclusive Communities Project, Inc. ("ICP") against Heartland Community Association, Inc. ("HCA") is **dismissed with prejudice**; that ICP take nothing; that all relief not granted herein is denied; and that all allowable and reasonable costs of court are taxed against ICP.

**Signed** this 7th day of August, 2019.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**