# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 10, 2020

Lyle W. Cayce
Clerk

No. 19-10991

————

THE INCLUSIVE COMMUNITIES PROJECT, INCORPORATED,

Plaintiff - Appellant

v.

HEARTLAND COMMUNITY ASSOCIATION, INCORPORATED,

Defendant - Appellee

———————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-1898

———————————————

Before BARKSDALE, HAYNES, and WILLETT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

HAYNES, Circuit Judge, specially concurring



Certified as a true copy and issued
as the mandate on Sep 01, 2020

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 01, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

     No. 19-10991   Inclusive Commty Project, Inc. v. Heartland
                 Commty Assn, Inc.
                 USDC No. 3:18-CV-1898

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Laney L. Lampard, Deputy Clerk

cc:
     Ms. Laura Beth Beshara
     Mr. Michael Maury Daniel
     Ms. Amie Pina Fordan
     Mr. Christian Park Shippee